IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLI S. TROKIE | Bankruptcy No. 15-05003-RNO |
| Debtors | Chapter 13 |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGSC SERIES II TRUST | |
| Movant | |
| vs. | |
| KELLI S. TROKIE<br>CHARLES J. DEHART, III, TRUSTEE | |
| Respondents | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2017, upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as Trustee of the IGSC Series II Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and that the automatic stay be and hereby is terminated as it affects the interest of U.S. Bank National Association, as Trustee of the IGSC Series II Trust, in the real property of the Debtor known and numbered as 5906 Shope Place, Harrisburg, PA 17109.

BY THE COURT:

_____
United States Bankruptcy Judge

BANK_FIN:571935-1 028642-181215

Case 1:15-bk-05003-RNO    Doc 46-4    Filed 10/02/17    Entered 10/02/17 13:54:45    Desc
Proposed Order    Page 1 of 1